# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL A. FARMER-KIEFE,

    Plaintiff,

v.

UNIVERSITY MEDICAL CENTER, et al.,

    Defendants.

Case No. 2:08-CV-01561-KJD-LRL

**ORDER**

    Currently before the Court is Defendant W. Unangst's Motion to Dismiss (#33) filed June 17, 2010. Subsequently, the Court issued a <u>Klingele</u> Order (#34) that notified the Plaintiff of the necessity of responding to Defendant's dispositive Motion, and identified what Plaintiff must do to adequately oppose Defendant's Motion. Despite the Court's warning, to date, Plaintiff has failed to file points and authorities in opposition to Defendant's Motion as allowed by Local Rule 7-2. Local Rule 7-2(d) allows the Court to consider failure to file points and authorities in opposition as consent to the granting of the motion.

    Defendant's Motion seeks that the Court Dismiss the action against him pursuant to Fed. R. Civ. P. 12(b)(4)-(5) and 12(b)(6), for insufficient service of process, and failure to state a claim upon which relief may be granted. The Court has reviewed Defendant's Motion and finds it to have merit.

1  Accordingly, **IT IS HEREBY ORDERED** that Defendant W. Unangst's Motion to Dismiss
2  (#33) is **GRANTED** pursuant to Local Rule 7-2(d).
3  DATED this 8th day of October 2010.

_____
Kent J. Dawson
United States District Judge