# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL A. FARMER-KIEFE,

    Plaintiff,

v.

UNIVERSITY MEDICAL CENTER, et al.,

    Defendants.

Case No. 2:08-CV-01561-KJD-LRL

**ORDER**

    Pursuant to Fed. R. Civ. P. 4(m), a Plaintiff must serve a copy of summons and complaint upon all defendants within 120 days of the filing of the complaint.  Failure to provide notice of proper notice of service will result in dismissal of the action.

    Here, Plaintiff's Complaint was filed on May 1, 2009.  Accordingly, pursuant to Rule 4(m) service was required on or before August 31, 2009.   On October 28, 2010, service was returned unexecuted as to proposed Defendant Dr. Hoffman.  (See #18).  Subsequently, Magistrate Judge Lawrence R. Leavitt issued an Order (#30) granting Defendant Aranas's Motion to Quash Summons, upon finding that Plaintiff's attempt to serve Defendant Aranas on October 27, 2009, was ineffective.

To date, Plaintiff has failed to provide proof of proper service upon Defendants Hoffman and Aranas. As all other Defendants to this action have been terminated pursuant to previous Court rulings (see ##6,8), Plaintiff is ordered to provide proof of proper service upon Defendants Hoffman and Aranas on or before November 19, 2010. Failure to comply with this Order will result in dismissal of the action.

**IT IS HEREBY ORDERED** that Plaintiff shall provide proof of proper service upon Defendants Hoffman and Aranas on or before November 19, 2010. Failure to comply with this Order will result in dismissal of Plaintiff's action.

DATED this 26th day of October, 2010.

Kent J. Dawson
United States District Judge