# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL A. FARMER-KIEFE,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER, et al.,<br><br>    Defendants. | Case No. 2:08-CV-01561-KJD-LRL<br><br>**ORDER** |

On October 26, 2010, the Court issued an Order (#39) requiring Plaintiff to file proper proof of service upon Defendants Hoffman and Aranas on or before November 12, 2010, and indicating that failure to comply with the Order would result in dismissal of Plaintiff's action. As the Court found previously, Plaintiff's Complaint was filed on May 1, 2009; and pursuant to Rule 4(m), service was required on or before August 31, 2009. On October 28, 2010, service was returned unexecuted as to proposed Defendant Dr. Hoffman. (See #18). Subsequently, Magistrate Judge Lawrence R. Leavitt issued an Order (#30) granting Defendant Aranas's Motion to Quash Summons, upon finding that Plaintiff's attempt to serve Defendant Aranas on October 27, 2009, was ineffective.

To date, Plaintiff has failed to file proper proof of service upon Defendants Hoffman and Aranas. Accordingly, Plaintiffs Hoffman and Aranas are dismissed from this action. As all other

1  Defendants to this action have been terminated pursuant to previous Court rulings, Plaintiff's
2  Complaint is dismissed, without prejudice.
3  **IT IS SO ORDERED**.
4  DATED this 24th day of November 2010.

_____
Kent J. Dawson
United States District Judge